# EXHIBIT 1



Address    Owner Name    Folio

# SEARCH:

| 2001 NW 114th Street, Miami, FL 33167 | Suite | 🔍 |

Back to Search Results

## PROPERTY INFORMATION

**Folio:** 30-2134-005-0640

**Sub-Division:**
LITTLE RIVER FARMS

**Property Address**
2001 NW 114 ST
Miami , FL 33167-3523

**Owner**
VILLER JOHNSON

**Mailing Address**
2001 NW 114 ST
MIAMI , FL 33167-3523

**Primary Zone**
0100 SINGLE FAMILY - GENERAL

**Primary Land Use**
0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT

| | |
|---|---|
| **Beds / Baths / Half** | 3 / 2 / 0 |
| **Floors** | 1 |
| **Living Units** | 1 |
| **Actual Area** | 1,902 Sq.Ft |
| **Living Area** | 1,338 Sq.Ft |
| **Adjusted Area** | 1,554 Sq.Ft |
| **Lot Size** | 7,950 Sq.Ft |
| **Year Built** | 1957 |





### Featured Online Tools

- Comparable Sales
- Non-Ad Valorem Assessments
- Property Record Cards
- Report Discrepancies
- Tax Comparison
- TRIM Notice
- Glossary
- PA Additional Online Tools
- Property Search Help
- Report Homestead Fraud
- Tax Estimator
- View Taxes

# ASSESSMENT INFORMATION

| Year | 2014 | 2013 | 2012 |
|---|---|---|---|
| Land Value | $19,336 | $19,336 | $18,336 |
| Building Value | $66,200 | $66,200 | $73,916 |
| Extra Feature Value | $484 | $484 | $572 |
| Market Value | $86,020 | $86,020 | $92,824 |
| Assessed Value | $72,102 | $71,037 | $69,850 |

◀ ▶

# TAXABLE VALUE INFORMATION

| | 2014 | 2013 | 2012 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $47,102 | $46,037 | $44,850 |
| Taxable Value | $25,000 | $25,000 | $25,000 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $47,102 | $46,037 | $44,850 |
| **CITY** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $0 | $0 | $0 |

REGIONAL

| | | | | |
|---|---|---|---|---|
| **Exemption Value** | | $47,102 | $46,037 | $44,850 |
| **Taxable Value** | | $25,000 | $25,000 | $25,000 |

# BENEFITS INFORMATION

| Benefit | Type | 2014 | 2013 | 2012 |
|---|---|---|---|---|
| **Save Our Homes Cap** | Assessment Reduction | $13,918 | $14,983 | $22,974 |
| **Homestead** | Exemption | $25,000 | $25,000 | $25,000 |
| **Second Homestead** | Exemption | $22,102 | $21,037 | $19,850 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

# FULL LEGAL DESCRIPTION

34 52 41

LITTLE RIVER FARMS PB 44-39

LOT 16 BLK 5

LOT SIZE 75.000 X 106

OR 17231-0636 0596 1

# SALES INFORMATION

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 05/01/1996 | $75,000 | 17231-0636 | 2008 and prior year sales; Qual by exam of deed |

For more information about the Department of Revenue's Sales Qualification Codes.

2014    2013    2012

# LAND INFORMATION

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|
| GENERAL | RU-1 | 0100 - SINGLE FAMILY - GENERAL | Front Ft. | 75.00 | $19,336 |

# BUILDING INFORMATION

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 1957 | 1,902 | 1,338 | 1,554 | $66,200 |

Building Sketches Available!

# EXTRA FEATURES

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Carport - Aluminum - No Floor | 1957 | 160 | $484 |

# ADDITIONAL INFORMATION

\* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

## LAND USE AND RESTRICTIONS

| | |
|---|---|
| **Community Development District:** | NONE |
| **Community Redevelopment Area:** | NONE |
| **Empowerment Zone:** | NONE |
| **Enterprise Zone:** | NONE |
| **Urban Development:** | INSIDE URBAN DEVELOPMENT BOUNDARY |
| **Zoning Code:** | RU-1 - SINGLE-FAMILY RESIDENTIAL DISTRICT 7,500 FT2 NET |
| **Existing Land Use:** | 10 - SINGLE-FAMILY, MED.-DENSITY (2-5 DU/GROSS ACRE). |

Government Agencies and Community Services

## OTHER GOVERNMENTAL JURISDICTIONS

Business Incentives

Childrens Trust

Environmental Considerations

Florida Department Of Revenue

Florida Inland Navigation District

Miami-Dade County

Miami-Dade County Bulletin Board

Non-Ad Valorem Assessments

| |
|---|
| School Board |
| South Florida Water Mgmt District |
| Tax Collector |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

For inquiries and suggestions email us at http://www.miamidade.gov/pa/email/ASP/formNew.asp.

Version: 2.0.3

# EXEMPTIONS & BENEFITS

Deployed Military

Disability Exemptions

Homestead

Institutional

Senior Citizens

More >

# REAL ESTATE

40 Yr Building
Re-Certification

Appealing Your Assessment

Defective Drywall

Folio Numbers

Mortgage Fraud

More >

## TANGIBLE PERSONAL PROPERTY

Appealing your Assessment

Assessment Information Search

Exemptions

Extension Requests

Filing Returns

More >

## PUBLIC RECORDS

Address Blocking

Change of Name

Change of Address

Change of Ownership & Title

Declaration of Condominium

More >

## ONLINE TOOLS

Property Search

Property Sales

Tax Estimator

Tax Comparison

Homestead Exemption and Portability

More >

## TAX ROLL ADMINISTRATION

Appealing your Assessment

Reports

More >